# Doonan, Graves & Longoria LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C  
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM  
HRS: MON-FRI 9 AM-4 PM

February 28, 2024

VIA CERTIFICATE OF MAILING  
AND REGULAR MAIL

William L. Vickerson, Esq.,  
Personal Representative of the Estate of John M. Grimaldi  
183 Middle Street, 4th Floor  
Portland, ME 04112

William L. Vickerson, Esq.,  
Personal Representative of the Estate of John M. Grimaldi  
19 Moss Road  
Windham, ME 04062

Certified Article Number  
9414 7266 9904 2223 5756 29  
SENDER'S RECORD

Certified Article Number  
9414 7266 9904 2223 5756 36  
SENDER'S RECORD

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
### THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re:  Property Address:    19 Moss Road, Windham, ME 04062  
     Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF1 and the Owner/Investor, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

The loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of the Note and Mortgage in favor of Mortgage Electronic

EXHIBIT G

County Registry of Deeds in Book 24594, Page 286. This firm is relying on information provided by the Servicer. **If the borrower(s) are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Payment Due Date | Principal & Interest | Taxes & Insurance | Escrow Adjustment | Total |
|---|---|---|---|---|
| February 1, 2019 | $1,290.85 | $245.22 | $0.00 | $1,536.07 |
| March 1, 2019 | $1,290.85 | $245.22 | $0.00 | $1,536.07 |
| April 1, 2019 | $1,290.85 | $245.22 | $94.76 | $1,536.07 |
| May 1, 2019 | $1,290.85 | $245.22 | $94.76 | $1,536.07 |
| June 1, 2019 | $1,290.85 | $245.22 | $94.76 | $1,536.07 |
| July 1, 2019 | $1,269.63 | $245.22 | $94.76 | $1,514.85 |
| August 1, 2019 | $1,269.63 | $245.22 | $94.76 | $1,514.85 |
| September 1, 2019 | $1,269.63 | $245.22 | $94.76 | $1,514.85 |
| October 1, 2019 | $1,269.63 | $245.22 | $94.76 | $1,514.85 |
| November 1, 2019 | $1,269.63 | $451.20 | $94.76 | $1,815.59 |
| December 1, 2019 | $1,269.63 | $451.20 | $94.76 | $1,815.59 |
| January 1, 2020 | $1,269.63 | $451.20 | $94.76 | $1,815.59 |
| February 1, 2020 | $1,269.63 | $451.20 | $94.76 | $1,815.59 |
| March 1, 2020 | $1,269.63 | $451.20 | $94.76 | $1,815.59 |
| April 1, 2020 | $1,269.63 | $451.20 | $94.76 | $1,815.59 |
| May 1, 2020 | $1,269.63 | $451.20 | $94.76 | $1,815.59 |
| June 1, 2020 | $1,269.63 | $451.20 | $94.76 | $1,815.59 |
| July 1, 2020 | $1,269.63 | $451.20 | $94.76 | $1,815.59 |
| August 1, 2020 | $1,269.63 | $451.20 | $94.76 | $1,815.59 |
| September 1, 2020 | $1,269.63 | $451.20 | $94.76 | $1,815.59 |
| October 1, 2020 | $1,269.63 | $451.20 | $94.76 | $1,815.59 |
| November 1, 2020 | $1,269.63 | $499.01 | $85.57 | $1,854.21 |
| December 1, 2020 | $1,269.63 | $499.01 | $85.57 | $1,854.21 |
| January 1, 2021 | $1,269.63 | $499.01 | $85.57 | $1,854.21 |
| February 1, 2021 | $1,269.63 | $499.01 | $85.57 | $1,854.21 |
| March 1, 2021 | $1,269.63 | $499.01 | $85.57 | $1,854.21 |
| April 1, 2021 | $1,269.63 | $499.01 | $85.57 | $1,854.21 |
| May 1, 2021 | $1,269.63 | $499.01 | $85.57 | $1,854.21 |
| June 1, 2021 | $1,269.63 | $499.01 | $85.57 | $1,854.21 |
| July 1, 2021 | $1,269.63 | $499.01 | $85.57 | $1,854.21 |
| August 1, 2021 | $1,269.63 | $499.01 | $85.57 | $1,854.21 |
| September 1, 2021 | $1,269.63 | $499.01 | $85.57 | $1,854.21 |
| October 1, 2021 | $1,269.63 | $499.01 | $85.57 | $1,854.21 |
| November 1, 2021 | $1,269.63 | $504.85 | $48.74 | $1,823.22 |
| December 1, 2021 | $1,269.63 | $504.85 | $48.74 | $1,823.22 |
| January 1, 2022 | $1,269.63 | $504.85 | $48.74 | $1,823.22 |

| Date | Principal & Interest | Escrow | Other | Total |
|---|---|---|---|---|
| February 1, 2022 | $1,269.63 | $504.85 | $48.74 | $1,823.22 |
| March 1, 2022 | $1,269.63 | $504.85 | $48.74 | $1,823.22 |
| April 1, 2022 | $1,269.63 | $504.85 | $48.74 | $1,823.22 |
| May 1, 2022 | $1,269.63 | $504.85 | $48.74 | $1,823.22 |
| June 1, 2022 | $1,269.63 | $504.85 | $48.74 | $1,823.22 |
| July 1, 2022 | $1,269.63 | $504.85 | $48.74 | $1,823.22 |
| August 1, 2022 | $1,269.63 | $504.85 | $48.74 | $1,823.22 |
| September 1, 2022 | $1,269.63 | $504.85 | $48.74 | $1,823.22 |
| October 1, 2022 | $1,269.63 | $504.85 | $48.74 | $1,823.22 |
| November 1, 2022 | $1,269.63 | $538.28 | $35.42 | $1,843.33 |
| December 1, 2022 | $1,269.63 | $538.28 | $35.42 | $1,843.33 |
| January 1, 2023 | $1,342.39 | $538.28 | $35.42 | $1,916.09 |
| February 1, 2023 | $1,342.39 | $538.28 | $35.42 | $1,916.09 |
| March 1, 2023 | $1,342.39 | $538.28 | $35.42 | $1,916.09 |
| April 1, 2023 | $1,342.39 | $538.28 | $35.42 | $1,916.09 |
| May 1, 2023 | $1,342.39 | $538.28 | $35.42 | $1,916.09 |
| June 1, 2023 | $1,342.39 | $538.28 | $35.42 | $1,916.09 |
| July 1, 2023 | $1,415.16 | $566.03 | $155.44 | $2,136.63 |
| August 1, 2023 | $1,415.16 | $566.03 | $155.44 | $2,136.63 |
| September 1, 2023 | $1,415.16 | $566.03 | $155.44 | $2,136.63 |
| October 1, 2023 | $1,415.16 | $566.03 | $155.44 | $2,136.63 |
| November 1, 2023 | $1,415.16 | $566.03 | $155.44 | $2,136.63 |
| December 1, 2023 | $1,415.16 | $566.03 | $155.44 | $2,136.63 |
| January 1, 2024 | $1,487.77 | $566.03 | $155.44 | $2,209.24 |
| February 1, 2024 | $1,487.77 | $566.03 | $155.44 | $2,209.24 |
| Unpaid Late Charges | | | | $190.38 |
| Total Amount Due | | | | **$112,267.83** |

A portion of the amount due is reasonable interest in the amount of $58,864.92.

**The total amount due does not include any amounts that become due after the date of the notice.**

The borrower(s) have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of **$112,267.83** in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Select Portfolio Servicing, Inc., Payment Processing, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119. Please include the loan number, borrower's name, and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived. To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss the loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., the borrower(s) have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If the conditions above are met, the borrower(s) will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. The borrower(s) have the right in any lawsuit for foreclosure and sale to argue that they did keep their promises and agreements under the Note and under the Security Instrument, and to present any other defenses that they may have.

The borrower(s) may have options available other than foreclosure. The borrower(s) may discuss available options with the mortgagee, which is U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development. The borrower(s) are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, the borrower(s) may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. Review this list by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify the mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification

or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty-day period. If the borrower(s) are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against the borrower(s) personally but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF1

by its attorney

Reneau J. Longoria, Esq.

SM
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

56596

## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone / Toll-Free / Fax Number / Email / Website / Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone / Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| | | | |
|---|---|---|---|
| Avesta Housing Development Corporation | Phone: 207-553-7777<br>Web: **www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | Phone: 800-873-2227<br>Web: | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | Phone: 800-308-2227<br>Web: **www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | Phone: 800-542-8227<br>Web: **www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc





| | | |
|---|---|---|
| WALZ CERTIFIED MAILER® | FROM **WALZ** | FORM #45663 VERSION: E0423 |

Label #1

Label #2

Label #3
William L. Vickerson, Esq.,
Personal Representative of the
Estate of John M. Grimaldi
19 Moss Road
Windham, ME 04062

A  FOLD AND TEAR THIS WAY ⟶ OPTIONAL

B  Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2223 5756 39

Label #4

FOLD AND TEAR THIS WAY ⟶

---

**U.S. Postal Service® CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER
9414 7266 9904 2223 5756 36

| | | |
|---|---|---|
| Certified Mail Fee | $ 4.40 | |
| Return Receipt (Hardcopy) | $ 3.65 | |
| Return Receipt (Electronic) | $ | Postmark Here |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ .88 | |
| Total Postage and Fees | $ 8.93 | |

Sent to:
William L. Vickerson, Esq.,
Personal Representative of the
Estate of John M. Grimaldi
19 Moss Road
Windham, ME 04062

**Reference Information**
SM/BS
Estate Of John Grimaldi Sr, Estate Of Jean Grimaldi
56596

PS Form 3800, Facsimile, July 2015

Label #7 - Certified Mail Article Number

**Doonan, Graves & [Longoria]**
ATTORNEYS AT LAW | EXCE[LLENCE]
100 CUMMINGS CENTER,
BEVERLY, MASSACHUSET[TS]

9414 7266 9904 2223 5756 29

CERTIFIED MAIL

William L. Vickerson, Esq.,
Personal Representative of the
Estate of John M. Grimaldi
183 Middle Street, 4th Floor
Portland, ME 04112

BS-56596



FIRST-CLASS

ZIP 01915
02 7H
0001338074

US POSTAGE (IMI) PITNEY BOWES
$ 008.93⁰
FEB 28 2024

**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY
100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

BS-56596

William L. Vickerson, Esq.,
Personal Representative of the
Estate of John M. Grimaldi
183 Middle Street, 4th Floor
Portland, ME 04112

FIRST-CLASS



ZIP 01915
02 7H
0001338074

US POSTAGE ™ PITNEY BOWES
$ 000.88⁰
FEB 28 2024



**Doonan, Graves & I**
ATTORNEYS AT LAW | EXCE
100 CUMMINGS CENTER, S
BEVERLY, MASSACHUSETT

BS-56596

9414 7266 9904 2223 5756 36

CERTIFIED MAIL

William L. Vickerson, Esq.,
Personal Representative of the
Estate of John M. Grimaldi
19 Moss Road
Windham, ME 04062



FIRST-CLASS

ZIP 01915
02 7H
0001338074

US POSTAGE (M) PITNEY BOWES
$ 008.93⁰
FEB 28 2024

**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY
100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

BS-56596

William L. Vickerson, Esq.,
Personal Representative of the
Estate of John M. Grimaldi
19 Moss Road
Windham, ME 04062

FIRST-CLASS



ZIP 01915
02 7H
0001338074

US POSTAGE ™ PITNEY BOWES
$ 000.88⁰
FEB 28 2024

| | |
|---|---|
| **From:** | Nobody |
| **To:** | Sam Manco |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |
| **Date:** | Wednesday, February 28, 2024 1:13:13 PM |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC
Owner of the mortgage:U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF1
What term best describes the owner of the mortgage?:Private mortgage lender
Filer's Email Address:sm@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----

Consumer Information

-----

Consumer First name:William
Consumer Middle Initial/Middle Name: L.
Consumer Last name:Vickerson
Consumer Suffix: Esq., as Personal Representative of the Estate of John M. Grimaldi
Property Address line 1:19 Moss Road
Property Address line 2:
Property Address line 3:
Property Address City/Town:Windham
Property Address State:
Property Address zip code:04062
Property Address County:Cumberland

-----

Notification Details

-----

Date notice was mailed:2/28/2024
Amount needed to cure default:112,267.83
Consumer Address line 1:183 Middle Street
Consumer Address line 2:4th Floor
Consumer Address line 3:
Consumer Address City/Town:Portland
Consumer Address State:ME
Consumer Address zip code:04112

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender

does not guarantee safety. If it seems odd, please contact support or the sender directly.

# UNITED STATES POSTAL SERVICE

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:** Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA  01915

**To:** William L. Vickerson, Esq., Personal Representative of the ~~Joan T. Grimaldi~~ Estate of John M. Grimaldi

19 Moss Road

Windham, ME  04062

PS Form **3817**, April 2007 PSN 7530-02-000-9065

To pay fee, affix stamps or meter postage here



$1.85 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

Postmark Here





USPS CUMMINGS STATION
FEB 2024
BEVERLY MA 01915



# UNITED STATES POSTAL SERVICE

## Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:**  Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915

**To:** William L. Vickerson, Esq., Personal Representative of the ~~John M. Grimaldi, Sr.~~ Estate of John M. Grimaldi
~~19 Moss Road~~ 183 Middle Street, 4th Floor
~~Windham, ME 04062~~ Portland, ME 04112

To pay fee, affix stamps or meter postage here



$1.85 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

Postmark Here





USPS CUMMINGS STATION FEB 2024 BEVERLY MA 01915

PS Form **3817**, April 2007 PSN 7530-02-000-9065

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9266 9904 2223 5756 22 | A. Signature ☐ Agent<br>X Maussa Pearson ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>William L. Vickerson, Esq.,<br>Personal Representative of the<br>Estate of John M. Grimaldi<br>183 Middle Street, 4th Floor<br>Portland, ME 04112 | MAR 2024<br><br>3. Service Type:<br>☒ Certified Mail<br>Reference Information<br>SM/BS<br>Estate Of John Grimaldi Sr, Estate Of<br>Jean Grimaldi<br>56596 |
| 2. Certified Mail (Form 3800) Article Number<br>9414 7266 9904 2223 5756 29 | |
| PS Form 3811, Facsimile, July 2015 | Domestic Return Receipt |

**Doonan, Graves & L[ongoria]**
ATTORNEYS AT LAW | EXCEL[LENCE...]
100 CUMMINGS CENTER, S[UITE ...]
BEVERLY, MASSACHUSET[TS ...]

CERTIFIED MAIL

9414 7266 9904 2223 5756 36

US POSTAGE (IMI) PITNEY BOWES
ZIP 01915
02 7H
0001338074    $ 008.93°    FEB 28 2024

FIRST-CLASS
BOSTON MA 020
[SHIPPED 2024...]

NAME ozolo/24 — Ik
1ST NOTICE
2ND NOTICE 3.8.24
RETURN 3/15

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

William L. Vickerson, Esq.,
Personal Representative of the
Estate of John M[...]
19 Moss Road
Windham, ME 04[...]

VACK: 9333100079

BS-50596